**Keith BARILE, Plaintiff–Appellant,**

v.

**S.K. YOUNG; Jon Masella, on site monitor, Wallens Ridge State Prison; H. Jordan, R.D.A., Wallens Ridge State Prison, Defendants–Appellees,**

and

**Ronald J. Angelone, Director, Virginia Department of Corrections; Jack Tokarz, Deputy Commander, Department of Corrections, Defendants.**

No. 01–8017.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Keith Barile, Appellant Pro Se. Banci Enga Tewolde, Office of the Attorney General of Virginia, Richmond, Virginia; David Ernest Boelzner, Heather Marie Kofron, Wright, Robinson, Osthimer & Tatum, Richmond, Virginia; Joseph Patrick Callahan, Rawls & McNelis, P.C., Richmond, Virginia, for Appellees.

**110**

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Keith Barile appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) complaint without prejudice for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C.A. § 1997e(a) (West Supp.2001). Because Appellant did not demonstrate to the district court that he had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*